UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *EX REL.* JAMES M. ATKINSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 11-11458-NMG |
| v. | ) ) | |
| | ) | **FILED UNDER SEAL** |
| RESEARCH ELECTRONICS INTERNATIONAL, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

The Court rules as follows:

IT IS ORDERED that,

1.  the complaint be unsealed;

2.  all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for the United States' Notice to Decline Intervention, the Court's Order of Dismissal, relator's Notice of Appeal, this Motion, and the attached proposed Order be unsealed; and

3.  all orders of this Court shall be sent to the United States.

IT IS SO ORDERED,

This 11ᵗʰ day of _April_ , 2013.

_____
Nathaniel M. Gorton
Judge, United States District Court

3